UNITED STATES DISTRICT COURT

___EASTERN___ **District of** ___CALIFORNIA___

| | |
|---|---|
| JOSETTE M. CORDOVA,<br>  Plaintiff<br><br>            V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>  Defendant | **ORDER ON APPLICATION**<br>**TO PROCEED WITHOUT**<br>**PREPAYMENT OF FEES**<br><br><br>CASE        1:11-AT-00276 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

   X   The clerk is directed to file the complaint.

   X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____

ENTER this ___12th___ day of ___May___, ___2011___.

                                          /s/ Sandra M. Snyder
                                       Signature of Judicial Officer

                         SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
                              Name and Title of Judicial Officer