UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSETTE M. CORDOVA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner<br>of the Social Security Administration,<br><br>    Defendant. | CIVIL NO. 1:11-CV-00773-JLT<br><br>STIPULATION AND ORDER OF<br>VOLUNTARY REMAND AND DISMISSAL<br>OF CASE, WITH DIRECTIONS TO CLERK<br>TO ENTER JUDGMENT |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the parties have agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).

    Remand is needed because significant portions of the recording of the hearing are inaudible. Upon remand, the Appeals Council will remand the case to an Administrative Law Judge for a *de novo* hearing.

    It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to Shalala v. Schaefer, 509 U.S. 292, 113 S. Ct. 2625 (1993).

///

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: July 19, 2011 | */s/ Steven G. Rosales* <br> (As authorized via e-mail) <br> STEVEN G. ROSALES <br> Attorney for Plaintiff |
| Dated: July 19, 2011 | BENJAMIN B. WAGNER <br> United States Attorney |
|   | */s/ Brenda M. Pullin* <br> BRENDA M. PULLIN <br> Special Assistant U.S. Attorney |
|   | Attorneys for Defendant |

## **ORDER**

Pursuant to the above stipulation of parties, it is **HEREBY ORDERED**:

1. The matter is REMANDED under four of 42 U.S.C. § 405(g); and

2. The Clerk of Court is DIRECTED to enter judgement in favor of Plaintiff Josette Cordova and against Defendant Michael J. Astrue, Commissioner of Social Security.

IT IS SO ORDERED.

Dated:  **July 27, 2011**                                   **/s/ Jennifer L. Thurston**
                                                                          UNITED STATES MAGISTRATE JUDGE