UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSETTE M. CORDOVA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner<br>of the Social Security Administration,<br><br>    Defendant. | CIVIL NO. 1:11-CV-00773-JLT<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEYS FEES AND EXPENSES PURSUANT TO<br>28 U.S.C. § 2412 (d)<br><br>(Doc. 15) |

    Plaintiff Josette M. Cordova and Defendant Michael J. Astrue, Commissioner of Social Security, have stipulated for the award and payment of attorneys fees, expenses, and costs. (Doc. 15).

    Accordingly, subject to the terms of the parties' stipulation, IT IS HEREBY ORDERED, that fees in the amount of $664.00 are **AWARDED** to Plaintiff, Josette M. Cordova.

IT IS SO ORDERED.

Dated: **October 13, 2011**                                **/s/ Jennifer L. Thurston**
                                                                               UNITED STATES MAGISTRATE JUDGE